BALLY GAMING, INC. (doing business as Bally Technologies), Plaintiff–Appellant,

v.

IGT, Defendant/Third Party Plaintiff–Appellee.

v.

Sierra Design Group, Third Party Defendant.

No. 2009–1072.

United States Court of Appeals,
Federal Circuit.

Oct. 22, 2009.

Amy H. Candido, Quinn Emanuel Urquhart Oliver & Hedges, LLP, of San Fran-

cisco, CA, argued for plaintiff-appellant. With her on the brief were Charles K. Verhoeven, Eric E. Wall, and Todd Kennedy.

Jeffrey W. Sarles, Mayer Brown LLP, of Chicago, IL, argued for defendant/third party plaintiff-appellee. With him on the brief were Nathaniel Hamstra and Andrea C. Hutchison.

NEWMAN, BRYSON and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.